## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RYAN VANDER PLUYM, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-02322-EFM-JPO |
| | ) | |
| v. | ) | Judge Melgren |
| | ) | Magistrate Judge O'Hara |
| TERRELL GIBSON & ASSOCIATES, | ) | |
| LLC., AND JOSHUA ALLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF JUDGMENT

This matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment (Doc. 15), due notice having been given, the Court having been fully advised, and a Clerk's Order of Default having previously been entered against Defendants,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, Ryan Vander Pluym, and against Defendants, Terrell Gibson & Associates, LLC., and Joshua Alley, as follows:

1. $1,000.00 statutory damages for Defendants' violation of the Fair Debt Collection Practices Act.

2. $10,000.00 statutory damages for Defendants' Violation of the Kansas Consumer Protection Act.

3. $5,000.00 actual damages, as established by Plaintiff's affidavit, for Defendants' violation of the Fair Debt Collection Practices Act and the Kansas Consumer Protection Act.

4. $4,799.00 for Plaintiff's attorneys' fees.

5. $530.00 for Plaintiff's costs.

6. Total Judgment in the amount of $21,329.00.

**Honorable Eric F. Melgren**
**United States District Judge**

Dated:  March 27, 2013