# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **RYAN VANDER PLUYM,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-02322-EFM-JPO |
| | ) | |
| v. | ) | Judge Melgren |
| | ) | Magistrate Judge O'Hara |
| **TERRELL GIBSON & ASSOCIATES,** | ) | |
| **LLC., AND JOSHUA ALLEY,** | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO COMPEL
## RESPONSES TO POST-JUDGMENT DISCOVERY

NOW COMES the Plaintiff, RYAN VANDER PLUYM, by and through his attorneys, SMITHMARCO, P.C., and for his Motion to Compel, Plaintiff states as follows:

1. On March 27, 2013, this Court entered a Judgment in favor of Plaintiff and against Defendants.

2. Defendants have failed to pay the Judgment.

3. On May 20, 2013, Plaintiff served Defendants with post-judgment discovery, pursuant to Fed.R.Civ.P. 69, seeking information about Defendants' income and assets to facilitate enforcement of this Court's Judgment in favor of Plaintiff. (A true and exact copy of Plaintiff's Post-Judgment Discovery Requests is attached hereto as **Exhibit A**).

4. As of the date of filing of the present motion, Defendants have failed to respond to the aforesaid discovery requests; further, Defendants have failed to contact Plaintiff to request additional time to respond to Plaintiff's post-judgment discovery.

5. On June 26, 2013, one of Plaintiff's attorneys sent a correspondence to Defendants to request that they furnish responses to Plaintiff's post-judgment discovery requests within seven (7) days and to advise Defendants and that the failure to do so would result in the

filing of a Motion to Compel.  (A true and exact copy of the aforementioned correspondence is attached hereto as **Exhibit B**); Plaintiff has neither received responses to post-judgment discovery nor any response to the aforesaid correspondence.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order that, within seven (7) days, Defendants, TERRELL GIBSON & ASSOCIATES, LLC., and JOSHUA ALLEY, pay the Judgment in full or respond to post-judgment discovery and for any other relief that this Court deems just and appropriate.

                                                  Respectfully submitted,

                                                  **SMITHMARCO, P.C.**

Dated: July 23, 2013                        By:    s/ Mandy M. Shell
                                                  Mandy M. Shell, KS Bar # 23410
                                                  PO Box 413677
                                                  Kansas City, MO  64141
                                                  Telephone:   (913) 871-4170
                                                  Facsimile:   (888) 418-1277
                                                  E-Mail:        mshell@smithmarco.com
                                                  ATTORNEY FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **RYAN VANDER PLUYM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 2:12-cv-02322-EFM-JPO |
| | ) | |
| v. | ) | **Judge Melgren** |
| | ) | **Magistrate Judge O'Hara** |
| **TERRELL GIBSON & ASSOCIATES,** | ) | |
| **LLC., AND JOSHUA ALLEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

**To:**    Terrell, Gibson & Associates, LLC.
c/o Joshua Alley
2128 Alamo Drive,
Brownwood, TX 76801

   I, Mandy Shell, an attorney, certify that on **July 23, 2013**, I shall cause to be served a copy of **Plaintiff's Motion to Compel**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| __X__ | U.S. Mail, Priority Mail, USPS Tracking | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | ____ | ECF |

   Dated: July 23, 2013                    By:    s/ Mandy M. Shell
                                                             Mandy M. Shell, KS Bar # 23410
                                                             PO Box 413677
                                                             Kansas City, MO  64141
                                                             Telephone:  (913) 871-4170
                                                             Facsimile:   (888) 418-1277
                                                             E-Mail:     mshell@smithmarco.com
                                                             ATTORNEY FOR PLAINTIFF